**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

**NORFOLK AND PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

      **Plaintiff,**

v.                                                     Civil Action No. 2:13cv234

**SOUTH NORFOLK JORDAN BRIDGE, LLC,**
**f/k/a FIGG BRIDGE DEVELOPERS, LLC,** *et al.*

      **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Norfolk and Portsmouth Belt Line Railroad Company, Defendant/ Third Party Plaintiff South Norfolk Jordan Bridge, LLC f/k/a Figg Bridge Developers, LLC, and Third Party Defendants Figg Bridge Builders, LLC and Lane Construction Corporation, jointly and by counsel, pursuant to Rule 41(a)(1)(A)(ii), and stipulate to the following:

1.    The parties have settled the matters at issue in this action.

2.    The parties hereby stipulate that this action, including all claims asserted by all parties, is dismissed with prejudice, each side to bear its own costs and attorneys' fees, except as provided in the parties' settlement agreement.

\*

\*

*Signatures on next page.*

\*

\*

/s/ Amy Taipalus McClure
W. Ryan Snow, VSB No. 47423
Amy Taipalus McClure, VSB No. 77937
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
amcclure@cwm-law.com
  *Counsel for Norfolk and Portsmouth Belt Line
  Railroad Company*


/s/ Mariana D. Bravo
Mariana D. Bravo, Esquire, VSB No. 45212
Matthew D. Berkowitz, Esquire, VSB No. 72728
Carr Maloney, PC
2000 L Street, NW, Suite 450
Washington, D.C. 20036
mdb@carrmaloney.com,
mb@carrmaloney.com
  *Counsel for South Norfolk Jordan Bridge, LLC*


/s/ Julie S. Palmer
Michael E. Harman, Esquire, VSB No. 16813
Julie S. Palmer, Esquire, VSB No. 65800
Harman, Claytor, Corrigan & Wellman
PO Box 70280
Richmond, VA 70280
mharman@hccw.com, jpalmer@hccw.com
  *Counsel for Figg Bridge Builders, LLC*


/s/ Ashley Nicole Barbera Amen
Ashley Nicole Barbera Amen, Esq., VSB No. 81830
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900
Vienna, VA 22182-2700
aamen@smithpachter.com
  *Counsel for Lane Construction Corporation*


## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 18th day of November 2013 I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

    Mariana D. Bravo, Esquire, VSB No. 45212
    Matthew D. Berkowitz, Esquire, VSB No. 72728
    Carr Maloney, PC
    2000 L Street, NW, Suite 450
    Washington, D.C. 20036
    mdb@carrmaloney.com, mb@carrmaloney.com
    *Counsel for South Norfolk Jordan Bridge, LLC*

    Michael E. Harman, Esquire, VSB No. 16813
    Julie S. Palmer, Esquire, VSB No. 65800
    Harman, Claytor, Corrigan & Wellman
    PO Box 70280
    Richmond, VA  70280
    mharman@hccw.com, jpalmer@hccw.com
    *Counsel for Figg Bridge Builders, LLC*

    Phil B. Abernethy,  *Pro Hac Vice*
    Butler, Snow, O'Mara, Stevens & Cannada, PLLC
    PO Box 6010
    Ridgeland, MS 39158-6010
    Phil.abernethy@butlersnow.com
    *Counsel for Figg Bridge Builders, LLC*

    Ashley Nicole Barbera Amen, Esq., VSB No. 81830
    Smith Pachter McWhorter PLC
    8000 Towers Crescent Drive, Suite 900
    Vienna, VA  22182-2700
    aamen@smithpachter.com
    *Counsel for Lane Construction Corporation*

      /s/ Amy Taipalus McClure
      W. Ryan Snow, VSB No. 47423
      Amy Taipalus McClure, VSB No. 77937
      CRENSHAW, WARE & MARTIN, P.L.C.
      150 W. Main Street, Suite 1500
      Norfolk, Virginia 23510
      Telephone (757) 623-3000
      Facsimile (757) 623-5735
      wrsnow@cwm-law.com
      amcclure@cwm-law.com
       *Counsel for Norfolk and Portsmouth Belt Line*
       *Railroad Company*