UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

        Plaintiff,

v.                                              Civil Action No. 2:13cv234

SOUTH NORFOLK JORDAN BRIDGE, LLC,
f/k/a FIGG BRIDGE DEVELOPERS, LLC, et al.

        Defendant.

## ORDER OF DISMISSAL

NOW COME the parties, by counsel, pursuant to the Stipulation of Dismissal previously filed, and move the Court to enter an Order causing this case to be dismissed with prejudice.

WHEREFORE, it is ORDERED that this case be, and hereby is, DISMISSED WITH PREJUDICE and removed from the docket of this Court.

SO ORDERED this 3rd day of December 2013.

/s/
Raymond A. Jackson
United States District Judge

SEEN AND AGREED:

/s/ Amy Taipalus McClure
W. Ryan Snow, VSB No. 47423
Amy Taipalus McClure, VSB No. 77937
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
amcclure@cwm-law.com
Counsel for Norfolk and Portsmouth Belt Line Railroad Company

/s/ Mariana D. Bravo
Mariana D. Bravo, Esquire, VSB No. 45212
Matthew D. Berkowitz, Esquire, VSB No. 72728
Carr Maloney, PC
2000 L Street, NW, Suite 450
Washington, D.C. 20036
Telephone: (202) 310-5500
Facsimile: (202) 310-5555
mdb@carrmaloney.com
mb@carrmaloney.com
*Counsel for South Norfolk Jordan Bridge, LLC*

/s/ Julie S. Palmer
Michael E. Harman, Esquire, VSB No. 16813
Julie S. Palmer, Esquire, VSB No. 65800
Harman, Claytor, Corrigan & Wellman
PO Box 70280
Richmond, VA 70280
Telephone: (804) 747-5200
Facsimile: (804) 747-6085
mharman@hccw.com, jpalmer@hccw.com
*Counsel for Figg Bridge Builders, LLC*

/s/ Ashley Nicole Barbera Amen
Ashley Nicole Barbera Amen, Esq., VSB No. 81830
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900
Vienna, VA 22182-2700
Telephone: (703) 847-6300
Facsimile: (703) 847-6312
aamen@smithpachter.com
*Counsel for Lane Construction Corporation*